## United States District Court
### Violation Notice

CVB Location Code: **WYNP**

Violation Number: **7342809**
Officer Name (Print): **SCHMIDT**
Officer No.: **2714**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: **08/18/2018 7:45pm**
Offense Charged: **36 CFR 4.21(c)**

Place of Offense: **GRAND LOOP RD. NEAR SAND POINT**

Offense Description: Factual Basis for Charge: **OPERATE A MOTOR VEHICLE IN EXCESS OF THE POSTED SPEED (70-40-00) TO WIT: 63 mph**

**DEFENDANT INFORMATION**

Last Name: **LATTIN**
First Name: **BRETT**
M.I.: **M**

Tag No.: **3 21796**
State: **WY**
Make/Model: **LINCOLN**
Color: **BLK**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

**NO EMAIL**

Forfeiture Amount: $ **180.00**
+ $30 Processing Fee
PAY THIS AMOUNT → $ **210.00** Total Collateral Due

**YOUR COURT DATE**

Court Address: **Yellowstone Justice Center, 105 Albright Avenue, Mammoth, WY 82190**

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident